JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUPENG CAO,<br>Petitioner,<br>v.<br>J. JOHNSON, WARDEN, ET AL.,<br>Respondents. | No. ED CV 26-3602-MRA(E)<br><br>JUDGMENT |

Pursuant to the Order Accepting In Part the Findings, Conclusions and Recommendations of United States Magistrate Judge (Dkt. No. 21), **IT IS ADJUDGED** that the Petition is GRANTED.

Thus, judgment is entered in favor of Petitioner.

DATED: September 30, 2026.

MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE